# Court of Appeals
# of the State of Georgia

ATLANTA,  March 11, 2026

*The Court of Appeals hereby passes the following order:*

**A25A2040.  MIRE v. SHEIKH**.

On May 12, 2025, this Court granted Abdirizak Abukar Mire's application for discretionary appeal in this divorce action. Upon further review of the briefs, the full record on appeal, and applicable law, we conclude that the application was improvidently granted. Accordingly, it is ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  03/11/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*